United States District Court
Southern District of Texas
FILED

SEP 0 2 2003

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

CIVIL ACTION NO. B-03-098        DATE & TIME:   09-02-03 AT 2:00 P.M.

MARIA DEL CARMEN VERA,           PLAINTIFF(S)   MICHAEL T. GALLAGHER
ET AL.                           COUNSEL

VS.

PARKE-DAVIS, ET AL.              DEFENDANT(S)
                                 COUNSEL

---

Defendants have not been served. Plaintiffs' attorney will send a report, in writing, when Defendant has been served or why Defendant has not been served. Report should be sent by September 9, 2003.

Pretrial conference will be re-set.