# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| MARIA DEL CARMEN VERA, ET AL. | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-098 |
| PARKE-DAVIS, ET AL. | § | |

TYPE OF CASE:      __X__ CIVIL                                    ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

TYPE OF PROCEEDING:

**HEARING TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED**

ATTORNEY OF RECORD MUST ATTEND HEARING

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**OCTOBER 14, 2003 AT 9:00 A.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    SEPTEMBER 29, 2003

TO:      MR. MICHAEL T. GALLAGHER