IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MARIA DEL CARMEN VERA, ET AL

v.              CIVIL ACTION NO. B-03-098

PARKE-DAVIS, ET AL

### NOTICE OF DISMISSAL

COME NOW, Plaintiffs in the above styled and number cause of action and files this their Notice of Dismissal in accordance with Federal Rules of Civil Procedure 41(a). No adverse party has been served in this cause of action, therefore, no answers have been filed.

Respectfully submitted,

THE GALLAGHER LAW FIRM
40th Floor Bank of America Center
700 Louisiana
Houston, Texas 77002
Tel.: (713) 222-8080
Fax: (713) 222-0066

By: *Michael T. Gallagher*
(by permission)
Michael T. Gallagher
Federal I.D. # 5395
State Bar No.: 07586000

**ATTORNEY FOR PLAINTIFF**