United States District Court
Southern District of Texas
FILED

OCT 1 4 2003

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED

CIVIL ACTION NO. B-03-098              DATE & TIME:   10-14-03 AT 9:00 A.M.

MARIA DEL CARMEN VERA,                 PLAINTIFF(S)   MICHAEL T. GALLAGHER
ET AL.                                 COUNSEL

VS.

PARKE-DAVIS, ET AL.                    DEFENDANT(S) _____
                                       COUNSEL

---

Plaintiffs have filed a Notice of Dismissal.