IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 19 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

MARIA DEL CARMEN VERA, ET AL

v.                                                          CIVIL ACTION NO. B-03-098

PARKE-DAVIS, ET AL

## ORDER OF DISMISSAL

On this day, the Court considered Plaintiffs' Motion to Dismiss and finds that the Motion should be GRANTED. Therefore, it is

ORDERED, ADJUDGED and DECREED that Plaintiffs' Motion to Dismiss is granted

SIGNED this the 18th day of November, 2003.

_____
JUDGE PRESIDING